W. W. LUCE, *Plaintiff in Error,* v. ANTHONY LEE, *Defendant in Error.*

Opinion Filed May 3, 1920.

Where the damages awarded are excessive, a remittitur may be allowed by the appellate court as an alternative for granting a new trial because of the excessive award of damages.

A Writ of Error to the Circuit Court for Dade County; H. Pierre Branning, Judge.

Affirmed in part; reversed in part.

*Price & Price,* for Plaintiff in Error;

*G. A. Worley & Son,* for Defendant in Error.

WHITFIELD, J.—Lee recovered judgment for $1000.00 damages for personal injuries received while riding a bicycle because of a collision with an automobile driven by Luce. On writ of error Luce asserts errors in giving charges as well as in other matters of procedure. The charges relative to the elements of damage are more comprehensive than is warranted by the evidence and perhaps by the injuries alleged. Harmful error in such charges is shown by the damages awarded, which in view of all the evidence appear excessive. If the plaintiff enters a remittitur of $500.00, the judgment will stand affirmed for the remainder; otherwise, the judgment will stand reversed for a new trial. L. & N. Ry. Co. v. Frank, 76 Fla. 384; 76 Fla. 336; 77 Fla. 167.

It is so ordered.

BROWNE, C. J., AND TAYLOR, ELLIS AND WEST, J. J., concur.